1  PHYLLIS A. MATYI, ESQ. CSB 113211
   P.O. BOX 426
2  LARKSPUR CA 94977
   CA BAR NO, 113211
3  (415) 924-3822
   FAX (415) 927-0363
4  E-MAIL: phyllisamatyi@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TINA MARIE KENNEDY, ) | Case No.: 09-cv-03604-EMC |
| Plaintiff, ) | STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGEMENT AND POINTS AND AUTHORITIES. |
| vs. ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | ORDER |
| Defendant ) | |

IT IS HEREBY STIPULATED by the undersigned parties, subject to the approval of the Court, that Plaintiff shall have a 60 extension of time, up to June 18, 2010 to file her Motion for Summary Judgment and all deadlines are accordingly extended. This is Plaintiff's first extension.

Kennedy: 1st Extension- 1

Plaintiff's attorney is in solo practice and due to the number of Hearings scheduled in the next 30 days, she will not be able to prepare the Summary Judgement in the proper, efficient way. Additionally, Plaintiff's attorney has requested information from the Social Security State Agency that may facilitate a remand.

Dated: 4/12/10

_____-S-_____

PHYLLIS A. MATYI

Attorney for Plaintiff

So Stipulated.

Dated:

_____-S-_____

Michael A. Cabotaje

Special Assistant, U.S. Attorney

So Ordered.

Dated:   4/14/10

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Kennedy: 1st Extension- 2